IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the MID-AMERICA CARPENTERS REGIONAL COUNCIL HEALTH FUND et al., | ) Case No. 26-cv-869 |
| Plaintiffs, | ) Judge Charles P. Kocoras |
| v. | ) |
| INDUSTRIAL CONTRACTORS & ENGINEERS, INC., | ) |
| Defendant. | ) |

## Motion for Entry of Consent Judgment

The parties, by their attorneys and being in agreement, move this Court for an entry of a judgment order and in support state:

1. The parties have reached a settlement that resolves all issues in this case in which the Defendant has agreed to enter into a consent judgment.

2. Accordingly, the parties request that a final judgment be entered in favor of the Plaintiffs and against the Defendant, Industrial Contractors & Engineers, Inc. in the sum of $60,091.68.

Respectively submitted,

s/ Daniel P. McAnally

*Attorney for Plaintiffs*

Daniel P. McAnally
McGann, Ketterman & Rioux
111 E. Wacker Drive - Suite 2300
Chicago, IL 60601
(312) 251-9700
dmcanally@mkrlaborlaw.com